# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Donnie H. Thompson, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:18-cv-00177-GCM |
| vs. | |
| Andrew Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2020 Order.

January 21, 2020

_____
Frank G. Johns, Clerk
United States District Court